ROBERT KRAEMER,

    Plaintiff,

    v.

POLICE CHIEF GARY BACH, CAPTAIN DANIEL MEISTER, SERGEANT TERENCE NORDQUIST, MAYOR SCOTT KLEIN, CITY ADMINISTRATOR TAMMY LaBORDE, FORMER HUMAN RESOURCES DIRECTOR ALLEN W. ZIPPERER, ALDERPERSON DOUGLAS KISER, FORMER ALDERPERSON KATHLEEN NOVACK, ALDERPERSON MICHAEL HASSLINGER, ALDERPERSON STEVE BIERCE, ALDERPERSON DALE NOLL, and CITY OF PEWAUKEE,

    Defendants.

Case No. 07-C-0337

## ORDER REGARDING SUMMARY JUDGMENT

Pursuant to the Stipulation Regarding Summary Judgment submitted by the plaintiff and defendant Gary Bach,

IT IS ORDERED that the deadline for filing dispositive motions is stayed pending notice to the Court that settlement efforts among the parties have failed.

Dated this 20th day of July, 2010.

                              BY THE COURT:

                              *s/ Rudolph T. Randa*
                              Honorable Rudolph T. Randa